# United States Court of Appeals
# for the Federal Circuit

---

April 23, 2014

**ERRATA**

---

Appeal No. 2013-1203

**UNITED STATES,**
v.
**MILLENIUM DISTRIBUTION LUMBER CO. LTD.,**
AND
**XL SPECIALTY INSURANCE COMPANY,**

Decided: April 14, 2014
Nonprecedential Opinion

---

Please make the following change:

 "**MILLENIUM DISTRIBUTION LUMBER CO. LTD.,** *Defendant-Appellant,*" *to* "**MILLENIUM LUMBER DISTRIBUTION CO. LTD.,** *Defendant-Appellant,*".